## FLOYD v. N.C. DEPT. OF COMMERCE

No. 337P90

Case below: 99 N.C.App. 125

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

## GADSON v. N.C. MEMORIAL HOSPITAL

No. 318P90

Case below: 99 N.C.App. 169

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

## GARVIN v. MALONE & HYDE, INC.

No. 211P90

Case below: 98 N.C.App. 339

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990.

## HARTRICK ERECTORS, INC. v. MAXSON-BETTS, INC.

No. 194PA90

Case below: 98 N.C.App. 120

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 October 1990.

## HARTSELL v. HARTSELL

No. 405A90

Case below: 99 N.C.App. 380

Motion by plaintiff to dismiss appeal (except issues presented in dissent) for lack of substantial constitutional question allowed 3 October 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 3 October 1990.